IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA AB<br><br>Plaintiff,<br><br>v.<br><br>APOTEX CORP. and APOTEX INC.<br><br>Defendants. | C.A. No. 16-583-CFC |

## CONSENT JUDGMENT

WHEREAS Plaintiff AstraZeneca AB ("AstraZeneca") brought the above action ("Apotex Action") against Defendants Apotex Corp. and Apotex Inc. (collectively, "Apotex") (collectively, the "Parties") alleging infringement of U.S. Patent No. RE44,186 (the "Patent") based on Apotex's submission of Abbreviated New Drug Application No. 206067; and

WHEREAS the Parties have stipulated and agreed that when there is a judgment in the related consolidated action, which is captioned *AstraZeneca AB v. Aurobindo Pharma Ltd. et al.*, C.A. No. 14-00664-GMS, the stay in the Apotex Action will be lifted and that judgment will be entered in the Apotex Action as between Plaintiff and Apotex as if the parties had fully participated in the adjudication of those claims and any appeals therefrom (*see* D.I. 21);

The Court, upon the consent and request of the Parties, hereby acknowledges the following Consent Judgment and, upon due consideration, issues the following Order.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Subject matter jurisdiction, personal jurisdiction, and venue are all proper in this Court for the purposes of this Action.

2. The Patent is enforceable and valid.

3. Apotex has infringed the Patent pursuant to 35 U.S.C. § 271(e)(2) by filing Abbreviated New Drug Application No. 206067.

4. Apotex and its Affiliates, including any of its successors and assigns, are permanently enjoined from making, having made, using, selling, offering to sell, importing or distributing any saxagliptin product pursuant to Abbreviated New Drug Application No. 206067, either directly or indirectly, on its own part or through any Affiliate, officer, director, agent, servant, employee or attorney, or through any person in concert or coordination with Apotex or any of its Affiliates, until expiration of the Patent, including any extensions and/or additional periods of exclusivity to which AstraZeneca is or becomes entitled.

5. Pursuant to 35 U.S.C. § 271(e)(4)(A), the effective date of the approval of Abbreviated New Drug Application No. 206067 shall be no earlier than the expiration date of the Patent, including any extensions and/or additional periods of exclusivity to which AstraZeneca is or becomes entitled.

6. For purposes of this Consent Judgment, the term "Affiliate" shall mean any entity or person that, directly or indirectly through one or more intermediaries, controls, is controlled by, or is under common control with Apotex. For purposes of this definition, "control" means (a) ownership, directly or through one or more intermediaries, of: (1) more than fifty percent (50%) of the shares of stock entitled to vote for the election of directors, in the case of a corporation, or (2) more than fifty percent (50%) of the equity interests in the case of any other type of legal entity, (b) status as a general partner in any partnership, or (c) any other arrangement whereby an entity or person has the right to elect a majority of the board of directors or equivalent governing body of a corporation or other entity or the right to direct the management and policies of a corporation or other entity.

7. Except to the extent set forth above all claims and counterclaims of the Parties are dismissed with prejudice.

8. The Parties each expressly waive any right to appeal or otherwise move for relief from this Consent Judgment.

9. Compliance with this Consent Judgment may be enforced by the Parties and their successors in interest, or assigns.

10. This Court retains jurisdiction over the Parties for purposes of enforcing this Consent Judgment.

11. The Clerk of the Court is directed to enter this Consent Judgment and Order forthwith.

**IT IS SO STIPULATED:**

| | |
|---|---|
| MCCARTER & ENGLISH, LLP | COZEN O'CONNOR |
| /s/ Daniel M. Silver | /s/ Thomas Francella |
| Michael P. Kelly (#2295) | Thomas Francella (#3835) |
| Daniel M. Silver (#4758) | 1201 N. Market Street, Suite 1001 |
| Benjamin A. Smyth (#5528) | Wilmington, DE 19801 |
| Renaissance Centre | (302) 295-2023 |
| 405 N. King Street, 8th Floor | *tfrancella@cozen.com* |
| Wilmington, DE 19801 | |
| (302) 984-6300 | *Counsel for Defendants Apotex Corp. and* |
| *mkelly@mccarter.com* | *Apotex Inc.* |
| *dsilver@mccarter.com* | |
| *bsmyth@mccarter.com* | |

*Counsel for Plaintiff*

SO ORDERED; this 25TH day of January, 2019.

_____
UNITED STATES DISTRICT JUDGE

3